UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff,

                    -v-

PRAGER METIS CPAs LLC,

                              Defendant.

24 Civ. 7025 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a proposed final judgment in this newly filed case. *See* Dkt. 4. The parties are directed to file a memorandum of law setting out (1) legal authority with respect to the scope of the Court's review of the proposed judgment and (2) the parties' views as to why the Court should approve the proposed final judgment. The memorandum is due Thursday, September 26, 2024.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: September 19, 2024
       New York, New York

1